

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**7/6/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

msws

# ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

Case Number:   10-36280 - C - 7

Debtor Name(s) and Address(es):

Christine Renee Amezquita
2723 Van Buren
Stockton, CA 95206

The Court docket and file in the above case indicate that the Court entered an Order granting leave to pay the filing and administrative fees prescribed by 28 U.S.C. § 1930 in installments, and fixing the number, amount and dates of payment.

*The debtor(s) have failed to pay one or more installment(s) according to the schedule specified in that Order. The amount of $99.00, due on July 1, 2010 , has not been paid.*

**THEREFORE,**

**IT IS ORDERED** that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

| | |
|---|---|
| **DATE & TIME:** | August 3, 2010 at 9:30 a.m. |
| **PLACE:** | U.S. Bankruptcy Court |
| | Department C, Courtroom 35, 6th Floor |
| | 501 I Street |
| | Sacramento, CA |

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to make the installment payment(s) listed above or any subsequent installment payment which may have come due and remains unpaid at the time of the hearing.

You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least seven (7) days prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
7/6/10

For the Court,
Richard G. Heltzel , Clerk