FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D22

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** | Christine Renee Amezquita | **Case No :** 10-36280 - C - 7 |
| | | **Date :** 8/3/2010 |
| | | **Time :** 9:30 |
| **Matter :** | [18] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 8/3/2010 at 09:30 AM at Sacramento Courtroom 35, Department C. (msws) | |
| **Judge :** | Christopher M. Klein | |
| **Courtroom Deputy :** | Teresa Jackson | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | C | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

The installment filing fee having been paid,

IT IS ORDERED that this case shall not be dismissed on account of this Order to Show Cause. Resolved without oral argument.

Dated: August 13, 2010

_____
United States Bankruptcy Judge